IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Case No. CR607-31
)
BRIAN DANIEL HUNT, et al. )

## ORDER

Before the Court is a motion to exonerate bond posted on behalf of defendant Brian Daniel Hunt (Doc. 750). For good cause shown, said request is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond of defendant Brian Daniel Hunt and exonerate the obliger and surety thereon.

The Clerk is hereby directed to return the $2,500.00 posted on behalf of Brian Daniel Hunt, with any accrued interest to, Andrew Campanaro, 9495 Par Drive, Nokesville, Virginia 20181.

**SO ORDERED**, this 19th day of August, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA